UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OUSMANE SAWADOGO, THEOPHILE OUBDA, OUSMANE DIARRA, ADBOUL ILBOUDO, FRANCK T. VINCENT, and ABDOUL RAZAK SAMBARE on behalf of themselves and all others similarly situated<br><br>      Plaintiffs,<br>  - against -<br><br>ZAP LUBE & CAR WASH, INC., ZAP AUTOMOTIVE CORP., UNDERWEST MANAGEMENT CORP., BLOOMFIELD CAR WASH & LUBE CORP., WASHINGTON STREET AUTO REPAIR CORP., 378-392 WASHINGTON STREET CAR WASH, INC., BROAD & EMMET CAR WASH CORP., ONE & NINE CARWASH & LUBE INC., UNION CITY CAR WASH INC., MOSHE WINER, MARTIN TAUB, AVI GOLAN, LIOR RONNER, and ALON LEVY,<br><br>      Defendants, | <u>Civil Action</u><br><br>Case No.: 20-CV-1196-LDW |

## NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT

**PLEASE TAKE NOTICE**, that Plaintiffs Ousmane Sawadogo, Theophile Oubda, Ousmane Diarra, Abdoul Ilboudo, Franck T. Vincent, and Abdoul Razak Sambare, on behalf of themselves and all others similarly situated will move before the Honorable Judge Leda Dunn Wettre on June 8, 2022 at 11:30 AM via a Zoom videoconference for an Order for: (1) certification of the class for settlement, pursuant to Fed. R. Civ. P. 23(e); (2) certification of the FLSA collective for settlement purposes; (3) final approval of the settlement of the Rule 23 class claims; (4) approval of the settlement of the FLSA claims under 29 U.S.C. § 216(b), as it reflects the fair and

reasonable compromise of disputed issues that were reached as a result of contested litigation; (5) awarding the Class Representatives their requested service awards; (6) awarding Class Counsel its requested fees and costs; (7) approving payment of the settlement administrator's costs from the settlement fund, and (8) granting such other relief as the Court deems just and proper. Plaintiffs submit with this motion a Memorandum of Law, a Declaration from Avi Mermelstein, Esq. with exhibits thereto, a Declaration from Daniel Rivera, with exhibits thereto, and a Declaration from Jeffrey Johnson, with exhibits thereto.

Dated: New York, New York
May 17, 2022

Respectfully submitted,

s/Avi Mermelstein
Avi Mermelstein
Attorneys for Plaintiffs
200 Park Avenue, Ste. 1700
New York, NY 10166
avi@adklawfirm.com
(212) 490-3600